# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CHIEF JUDGE LEWIS T. BABCOCK
_____

Courtroom Deputy: Deborah Hansen  Date:  September 22, 2006
Court Reporter:    Gwen Daniel

_____

Criminal Action No.  06-cr-00320-LTB       *Counsel:*

UNITED STATES OF AMERICA,                  Greg Holloway

     Plaintiff,

v.

PATRICK RUCKER, II,                        LaFonda Jones

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - FURTHER STATUS/SCHEDULING

10:30 a.m.     Court in Session

Defendant present and in custody

Court's comments

Ms. Jones' comments concerning the Motion to Replace Counsel for Patrick Rucker, II (Doc No. 17).

Court's further comments

Ms. Jones will be filing an ends of justice continuance motion today.

1

**ORDERED:   The Clerk's office shall appoint new CJA counsel for defendant.**

**ORDERED:   A hearing on motion to replace counsel is set Friday, 29, 2006 at 8:00 a.m.**
**Defense counsel and newly-appointed counsel shall be present.**

10:39 a.m.   Court in Recess
Hearing concluded
Time: \09