# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CHIEF JUDGE  LEWIS  T.  BABCOCK
_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:      Gwen Daniel | Date:  September 29, 2006 |

_____

Criminal Action No.  06-cr-00320-LTB          *Counsel:*

UNITED STATES OF AMERICA,                    Greg Holloway

      Plaintiff,

v.

PATRICK RUCKER, II,                          Janine Yunker
                                             John Chanin
      Defendant.                             Jeri Hatch

_____

## COURTROOM MINUTES
_____

HEARING - APPOINTMENT OF NEW COUNSEL

08:00 a.m.     Court in Session

Defendant present and in custody

Court's comments

Ms. Yunker is standing in for Ms.LaFonda Jones for final determination of the motion to substitute counsel.

Mr. Chanin has entered his appearance.

The defense filed a Motion to Continue Trial Due to Ends of Justice (Doc 19) on September 25, 2006.  Mr. Chanin joins in that motion.

The Court will enter a written order with the requisite findings granting that ends of justice continuance to November 30, 2006.

**ORDERED:** **A status/further scheduling hearing is set Thursday, November 9, 2006 at 2:00 p.m.**

08:07 a.m.   Court in Recess
             Hearing concluded
             Time: \07